BoatU.S.
BOAT OWNERS ASSOCIATION OF THE UNITED STATES

Washington National Headquarters
880 South Pickett Street
Alexandria, VA 22304
703-823-9550 Fax: 703-461-2847

A FAX COMMUNICATION FROM
BoatU.S. CONSUMER PROTECTION BUREAU
880 S. Pickett St., Alexandria, VA 22304
FAX NUMBER: 541-929-7637
VOICE PHONE: 541-929-7635

DATE: August 6, 2007

TO: Kenneth Chiarello, Esq. via fax 617-720-3489

and

John K. Fulweiler, Esq. via fax 212-422-5299

RE: Salvage Arbitration Case 06-1228
HRM, Inc. v One Beacon Insurance (Pickering, M/V SPRAY)

FROM: Caroline Ajootian, AVP
Director, Consumer Affairs
CAjootian@BoatUS.com

# OF PAGES, INCLUDING COVER SHEET: 2

BoatU.S.
BOAT OWNERS ASSOCIATION OF THE UNITED STATES

Washington National Headquarters
880 South Pickett Street
Alexandria, VA 22304
703-823-9550 Fax: 703-461-2847

August 6, 2007

Kenneth Chiarello, Esq.
Clinton & Muzyka, P.C.
Suite 1400
One Washington Mall
Boston, MA 02108

via fax 617-720-3489

and

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2902

via fax 212-422-5299

Gentlemen:

Please disregard my fax message of July 30, 2007 regarding my questions about the Award Decision in Salvage Arbitration Case 06-1228, HRM, Inc. v One Beacon Insurance (Pickering, M/V SPRAY).

My reaction to the Award, which includes that One Beacon pay the salvor's share of the arbitration fees, was over-hasty. While this particular Award may be unusual when compared to Awards for past cases, it is not within the scope of my office to question or control the Panel's decision.

Therefore, the question of whether the Award is appropriate should be explored, if necessary, through legal channels.

I apologize for whatever inconvenience and consternation my earlier message might have created.

Sincerely,

Caroline Ajootian, AVP
Manager, BoatU.S. Salvage Arbitration Plan