**CLINTON & MUZYKA, P.C.**
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MA 02108
617.723.9165 TEL
617.720.3489 FAX
KCHIARELLO@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Caroline Ajootian | FROM: Kenneth M. Chiarello |
| COMPANY: Boat U.S. | DATE: August 7, 2007 |
| FAX NUMBER: 541-929-7637 | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| PHONE NUMBER: 541-929-7635 | SENDERS REFERENCE NO: |

**Re: H.R.M., INC. vs. DAVID PICKERING**
**<u>SALVAGE ARBITRATION CASE: 06-1228</u>**

Dear Ms. Ajootian:

As you are aware, the Majority recently awarded the Petitioner $4,500.00 for pure salvage, prejudgment interest at the per diem rate of $2.22, arbitration costs in the amount of $1,575.00, and its "attorney's fees and cost in the total amount of $4,636.28." The Respondent subsequently objected to the portion of the award relating to arbitration costs and it is our understanding that this issue has been submitted to the Panel for consideration and/or clarification.

In the interim, the Respondent forwarded a draft to the Petitioner in the amount of $9,733.46, which represents pure salvage of $4,500.00, attorney's fees and costs in the amount of $4,636.28, and prejudgment interest totaling $597.18. The Petitioner has rejected the Respondent's payment and, therefore, has waived its right to recover those elements of the Final Award. We have attached hereto a copy of our client's cover letter tendering payment and the Petitioner's response.

If you have any questions concerning the above, please do not hesitate to contact the undersigned.

Very truly yours,

*Kenneth M. Chiarello*

cc: John K. Fulweiler, Esq.
*Via Fax: 212-422-5299*

INTERNATIONAL
MARINE
UNDERWRITERS

One Beacon Street
Boston, MA 02108-3100
t 617.725.6717
t 800.762.1127
f 617.725.6709

July 31, 2007

John Andrews
Safe/Sea Marine Rescue & Assistance
60 Reynolds Street
Wickford, RI 02852

*RE:* David Pickering - "SPRAY"
Date of Loss: September 23, 2006
IMU Claim #: 0AA 257080

Dear Mr. Andrews:

We have received notice of the Final Award from Boat U.S. with regard to the salvage of our Insured's vessel "SPRAY" on September 23, 2006.

We note that the arbitration panel awarded $4,500.00 for salvage, $4,636.28 for attorney's fees, prejudgment interest at 1.5% per month and arbitration costs of $1,575.00.

It is our position that the panel can not award arbitration costs as this directly conflicts with the salvage contract wording which states; "the arbitration fees are split equally between the two parties" and "all fees and expenses of the Arbitration Panel and the Arbitration Administration shall be equally between the parties". Our counsel has forwarded notification to the Boat U.S. Administrator outlining our position and that we will not be satisfying the portion of the award relating to the arbitration costs.

Therefore, enclosed is our check #SU85261-0 for the amount of $9,733.46 which represents salvage of $4,500.00, attorney's fees of $4,636.28 and prejudgment interest totaling $597.18.

With regard to the $500.00 towing bill (which we unfortunately overlooked), also enclosed is our check #SU85260-6 for the amount of $544.71 representing the $500.00 towing bill plus $44.71 in interest.

Sincerely,

Bernice M. Ford
Sr. Claims Representative

CC: Carey, Richmond & Viking
Attn: Linda Soderi

Enclosures

OBi insurance

C/O INTL MARINE UNDERWRITERS
ONE BEACON STREET - 17TH FLOOR
BOSTON MA 02108

Mail to: H.R.M., INC
60 REYNOLDS STREET
WICKFORD RI 02852

OBi insurance

**EXPLANATION OF PAYMENT** **SU85261-0**

PLEASE FORWARD ALL CORRESPONDENCE TO:
OBI Insurance
C/O INTL MARINE UNDERWRITERS
ONE BEACON STREET - 17TH FLOOR
BOSTON MA 02108
617-725-6717

PAY TO: H.R.M., INC

AGENT: Carey, Richmond & Viking
PO Box 809
Portsmouth RI 02871-0809

| | |
|---|---|
| DATE ISSUED: | 07/30/2007 |
| CHECK AMT: | $9,733.46 |
| INSURED: | DAVID W PICKERING |
| POLICY NO.: | JJ09847 |
| DATE/LOSS: | 09/23/2006 |
| CLAIM NO.: | 0AA-257080-01-01 |
| CLAIM TYPE: | YACHT (RI) |
| CLAIMANT: | PICKERING DAVID W |
| ADJUSTER: | BM02 - BERNICE FORD |

IN PAYMENT OF: VESSEL "SPRAY" - SALVAGE, LEGAL EXPENSES AND INTEREST

35898 0901

DETACH AND RETAIN THIS PORTION FOR YOUR RECORDS

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND • NOT A WHITE BACKGROUND

OBi insurance 07/30/2007 SU85261-0 51-44/119 CT

Refused

PAY TO THE ORDER OF: H.R.M., INC

ALL PAYEES MUST ENDORSE

AMOUNT
*****$9,733.46

IN PAYMENT OF:VESSEL "SPRAY" - SALVAGE, LEGAL EXPENSES AND INTEREST

*Nine thousand seven hundred thirty three and 46/100 Dollars*

BANK OF AMERICA
NOT VALID AFTER 90 DAYS FROM ISSUE

INSURED: DAVID W PICKERING
POLICY NO: JJ09847
CLAIM NO: 0AA-257080-01-01
CLAIMANT: PICKERING DAVID W
ADJUSTER: BERNICE FORD

LOSS DATE: 09/23/2006
CLM TYPE: YACHT-RI

AUTHORIZED SIGNATURE [signature]

IF $50,000 OR OVER, TWO SIGNATURES REQUIRED

⑈117198526⑈ ⑆011900445⑆ 000000004253⑈

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**Kenneth Chiarello**

**From:** Ford, Bernice M. [BFord@IMU.com]
**Sent:** Tuesday, August 07, 2007 2:06 PM
**To:** Kenneth Chiarello
**Subject:** FW: Further on Pickering

**Attachments:** Bernice 8_6_07.pdf

Bernice
_07.pdf (196

-----Original Message-----
From: John Andrews [mailto:john.andrews@safesea.com]
Sent: Monday, August 06, 2007 10:25 AM
To: Ford, Bernice M.
Subject: Further on Pickering

Bernice ---

Thank you for the check for $544.71 for the tow of Captain Pickering vessel "Spray" on 9/26/06.

We are returning the Check for $9,733.46 by certified mail (see above).
This amount is insufficient, based on the "Final Award " in case #60-1228.

We request full payment including the continuing interest "promptly".

Thank you -------

--------------- John

Confidentiality notice: The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone. Thank you.

Broadcast Report

P 1
08/07/2007 14:26
Serial No. 231102920
TC: 87464

| Destination | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 15419297637 | 08-07 14:23 | 00:00 55 | 005/005 | OK | L1 |
| 12124225299 | 08-07 14:24 | 00:01 34 | 005/005 | OK | L1 |

Note L1: Main Circuit, L2: Sub Circuit, TMR: Timer, POL: Poll, ORG: Original, FME: Frame Erase TX, MIX: Mixed Original, CALL: Manual Communication, CSRC: CSRC, FWD: Forward, PC: PC-FAX, BND: Bind, SP: Special Original, FCODE: F-Code, RTX: Re-Tx, RLY: Relay, MBX: Secure, BUL: Bulletin

Result OK: TX OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full.

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MA 02108
617.723.9165 TEL
617.720.3489 FAX
KCHIARELLO@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

| TO: Caroline Ajootian | FROM: Kenneth M. Chiarello |
|---|---|
| COMPANY: Boat U.S. | DATE: August 7, 2007 |
| FAX NUMBER: 541-929-7637 | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| PHONE NUMBER: 541-929-7635 | SENDERS REFERENCE NO: |

**Re: H.R.M., INC. vs. DAVID PICKERING**
**SALVAGE ARBITRATION CASE: 06-1228**

Dear Ms. Ajootian:

As you are aware, the Majority recently awarded the Petitioner $4,500.00 for pure salvage, prejudgment interest at the per diem rate of $2.22, arbitration costs in the amount of $1,575.00, and its "attorney's fees and cost in the total amount of $4,636.28." The Respondent subsequently objected to the portion of the award relating to arbitration costs and it is our understanding that this issue has been submitted to the Panel for consideration and/or clarification.

In the interim, the Respondent forwarded a draft to the Petitioner in the amount of $9,733.46, which represents pure salvage of $4,500.00, attorney's fees and costs in the amount of $4,636.28, and prejudgment interest totaling $597.18. The Petitioner has rejected the Respondent's payment and, therefore, has waived its right to recover those elements of the Final Award. We have attached hereto a copy of our client's cover letter tendering payment and the Petitioner's response.