**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>**Plaintiff,** | **CIVIL ACTION**<br>**NO: 07-00370** |
| **vs.** | |
| **H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**<br>**Defendant.** | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Now comes the plaintiff, OneBeacon America Insurance Company, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and hereby answers the Counterclaims asserted by the defendant.

**FIRST COUNTERCLAIM**
*(Confirmation & Enforcement of Final Award)*

23. The plaintiff reaffirms and re-alleges the allegations set forth in Paragraph Nos. 1 through 27 of its Complaint to Vacate & Modify the Final Arbitration Award inclusive, and incorporate same as if fully set out herein.

24. OneBeacon America admits the allegations contained in Paragraph No. 24.

25. OneBeacon America lacks lack personal knowledge sufficient to form a belief as to the truth of the

allegations contained in Paragraph No. 25 and therefore denies same.

26. OneBeacon America admits that the defendant provided services to the M/V SPRAY on September 23, 2006 and that a Salvage Contract was executed at that time, but denies the remaining allegations contained in Paragraph No. 26.

27. OneBeacon America admits that it denied the defendant's excessive demand for payment, but denies the remaining allegations contained in Paragraph No. 27.

28. OneBeacon America submits that the Final Award speaks for itself and that no answer is required.

29. OneBeacon America denies the allegations contained in Paragraph No. 29.

30. OneBeacon America denies the allegations contained in Paragraph No. 30.

**WHEREFORE**, the plaintiff/counterclaim defendant, OneBeacon America Insurance Company, prays that defendant's First Counterclaim be dismissed, together with an award of reasonable attorney's fees and costs.

**SECOND COUNTERCLAIM**
*(Attorney's Fees & Costs)*

31. OneBeacon America reaffirms and reiterates its answers to the allegations set forth in Paragraphs Nos. 24 through 30 inclusive and incorporates same as if fully set out herein.

32. OneBeacon America denies the allegations contained in Paragraph No. 32.

33. OneBeacon America denies the allegations contained in Paragraph No. 33.

34. OneBeacon America denies the allegations contained in Paragraph No. 34.

35. Paragraph No. 35 contains a legal conclusion and request for relief not requiring an answer, but to the extent that an answer is required, OneBeacon America denies the allegations contained in Paragraph No. 35.

**WHEREFORE**, the plaintiff/counterclaim defendant, OneBeacon America Insurance Company, prays that defendant's Second Counterclaim be dismissed, together with an award of reasonable attorney's fees and costs.

**AFFIRMATIVE ANSWERS**

The plaintiff/counterclaim defendant, OneBeacon American Insurance Company, incorporates each of the

following Affirmative Defenses into its Answer to the defendant’s Counterclaims:

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, OneBeacon America states that defendant’s First Counterclaim should properly be dismissed because it fails to state a cause of action and is procedurally defective.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, OneBeacon America states that defendant’s First Counterclaim should properly be dismissed because the defendant has failed to comply with the requirements of 9 U.S.C.A. §9.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** OneBeacon America states that the defendant lacks standing to assert its First Counterclaim.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, OneBeacon America states that defendant’s Second Counterclaim should properly be dismissed because it fails to state a cause of action and is procedurally defective.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, OneBeacon America states that defendant’s Second Counterclaim should properly be dismissed because the Federal Arbitration Act does not provide attorney’s fees to a party who is successful in seeking confirmation of an arbitration award in Federal Courts.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** OneBeacon America states that the defendant has not acted in good faith and has unclean hands.

**WHEREFORE,** the plaintiff/counterclaim defendant, OneBeacon America Insurance Company, prays that this Honorable Court dismiss the defendant's First & Second Counterclaims, together with an award of attorney's fees and costs.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
Robert E. Collins
BBO NO: 2951
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: October 30, 2007