**UNITED STATES DISRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ONEBEACON AMERICA INSURANCE COMPANY,**
**Plaintiff,**

**CIVIL ACTION NO: 07-00370**

**vs.**

**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**
**Defendant.**

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OBJECTION TO ITS COMPLAINT TO VACATE & MODIFTY THE FINAL ARBITRATION AWARD AND CROSS-MOTION TO CONFIRM**

Now comes the plaintiff, OneBeacon America Insurance Company, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and hereby moves this Honorable Court to strike the defendant's objection to its Complaint to vacate and modify the Final Arbitration Award, and further to strike its cross-motion seeking confirmation of the Final Arbitration Award. As grounds in support, the plaintiff submits the following for the Court's consideration.

PROCEDURAL BACKGROUND

On October 3, 2007, the plaintiff filed a Complaint to vacate and modify the Final Arbitration Award issued by the Boat Owners Association of the United States.

On October 19, 2007, the defendant filed an objection to the Complaint and a cross-motion seeking confirmation of the Final Arbitration Award, together with a supporting Memorandum of Law. In its supporting Memorandum of Law, the defendant submits that the Complaint should be dismissed because the plaintiff instituted this action by filing a Complaint, rather than a motion pursuant to 9 U.S.C.A. §6.

ARGUMENT

There is no motion presently pending before this Honorable Court. The defendant has improperly treated plaintiff's Complaint as a motion and, in response, has filed an objection and cross-motion seeking confirmation. Pursuant to Rule 3 of the Federal Rules of Civil Procedure, the plaintiff was required to file a Complaint to commence this action. A civil action cannot be instituted by filing a motion. Because there is no pending motion before the Court, the defendant's objection and cross-motion should be stricken without prejudice.

After the November 15, 2007 Initial Scheduling Conference, the plaintiff will move this Honorable Court to vacate and modify the Final Arbitration Award by filing a motion for Summary Judgment and supporting Memorandum of Law. The defendant, in response, can file an opposition

and a cross-motion for Summary Judgment seeking confirmation. Once this is accomplished, the issues will be ripe for determination and properly before the Court for adjudication. The defendant respectfully submits that addressing the defendant's objection and cross-motion, which are not properly before the Court, will be a waste of the Court's time and resources.

**WHEREFORE**, the plaintiff, OneBeacon America Insurance Company, prays that this Honorable Court strike defendant's objection to its Complaint and cross-motion seeking confirmation.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
Robert E. Collins
BBO NO: 2951
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: October 30, 2007