**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ONEBEACON AMERICA INSURANCE COMPANY,**
**Plaintiff,**

**CIVIL ACTION NO: 07-00370**

**vs.**

**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**
**Defendant.**

**PLAINTIFF'S STATEMENT OF ELEMENTS**

Now comes the plaintiff, OneBeacon America Insurance Company, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and hereby submits its Statement of Elements pursuant to the Notice issued by this Honorable Court on October 22, 2007.

The plaintiff submits that there is only one issue before this Honorable Court, which is not complicated and will not require any discovery. The plaintiff is seeking to have the Final Award issued by the Boat Owners Association of the United States modified and vacated pursuant to the Federal Arbitration Act, 9 U.S.C.A. §§10-11. The plaintiff maintains that the Majority exceeded their powers by awarding the defendant its arbitration costs, which is prohibited by the terms of the Boat U.S. Salvage Arbitration Plan.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
Robert E. Collins
BBO NO: 2951
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

CERTIFICATE OF SERVICE

Vetter & White
20 Washington Place
Providence, RI 02903
Attn: Michael J. Daly, Esquire

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
Attn: John K. Fulweiler, Esquire

I hereby certify that I electronically filed **Plaintiff's Statement of Elements** on November 2, 2007. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above-counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins