UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY, Plaintiff, | ) | |
| v. | ) | CA No. 07-370 |
| H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance), Defendant. | ) | |

- - - - - - - - - - - - - - - - - - - - -

**PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Motions for Summary Judgment. Plaintiff shall file its Motion for Summary Judgment by **January 15, 2008.** Defendant shall file its objection and cross Motion for Summary Judgment by **February 15, 2008.** Plaintiff's objection and reply to said motion shall be filed by **February 29, 2008** and Defendant's reply shall be filed by **March 7, 2008.**

By Order

/s/ Doreen Baldinelli
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: November 15, 2007