UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------X
ONE BEACON AMERICA INSURANCE COMPANY,

Plaintiff,

CA No. 07-370/S

vs.

H.R.M., INC.

Defendant.

---------------------------------------------------------X

**JOINT MOTION FOR ENLARGEMENT**

The parties, H.R.M., Inc. and One Beacon America Insurance, Co., hereby jointly move for a seven (7) day extension of time in which to file a Stipulation of Facts and Documents.[1] The parties presently are working together in good faith to finalize a stipulation that addresses all pertinent issues to be addressed in the motion and cross-motion for summary judgment to be filed in this matter. Accordingly, the parties respectfully request leave to file the Stipulation of Facts and Documents on or before December 21, 2007.

The parties do not request that the existing briefing schedule be altered as a result of this motion.

Respectfully submitted,

/s/ Michael J. Daly

Gordon Cleary, Esq., No. 1948
Michael J. Daly, Esq., No. 6729
Vetter & White
*Attorneys for HRM, Inc.*
20 Washington Place
Providence, RI 02903

[1] During the November 15, 2007, Rule 16 conference, the Court directed the parties to file a Stipulation of Facts and Documents within thirty (30) days of the conference, i.e., on or before December 15, 2007. This deadline is not set forth in the Court's Pretrial Order. However, the parties file this motion out of an abundance of caution.

Tel.: (401) 421-3060
Fax: (401) 272-6803
mdaly@vetterandwhite.com

/s/ John K. Fulweiler
John K. Fulweiler, Jr.
DeOrichis, Wiener & Partners, LLP
*Attorneys for HRM, Inc.*
61 Broadway
26th Floor
New York, NY 10006-2802
Tel.: (310) 228-3747
Fax: (310) 228-3947
jfulweiler@marinelex.com

/s/ Robert E. Collins
Robert E. Collins
Clinton & Muzyka, P.C.
*Attorneys for One Beacon America Insurance Company*
One Washington Mall
Suite 1400
Boston, MA 02108
Tel.: (617) 723-9165
Fax: (617) 720-3489
rcollins@clinmuzyka.com