**UNITED STATES DISRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ONEBEACON AMERICA INSURANCE COMPANY,**
**Plaintiff,**

**CIVIL ACTION NO: 07-00370**

**vs.**

**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**
**Defendant.**

**JOINT MOTION FOR ENLARGEMENT**

The parties, H.R.M., Inc. and One Beacon America Insurance, Co., hereby jointly move for a fourteen (14) day extension of time in which to file a Stipulation of Facts and Documents.[1] The parties presently are working together in good faith to finalize a stipulation that addresses all pertinent issues to be addressed in the motion and cross-motion for summary judgment to be filed in this matter. Accordingly, the parties respectfully request leave to file the Stipulation of Facts and Documents on or before January 4, 2008.

The parties do not request that the existing briefing schedule be altered as a result of this motion.

---

[1] During the November 15, 2007, Rule 16 conference, the Court directed the parties to file a Stipulation of Facts and Documents within thirty (30) days of the conference, i.e., on or before December 15, 2007. This deadline is not set for in the Court’s Pretrial Order. However, the parties file this motion out of an abundance of caution.

Respectfully submitted,

**CLINTON & MUZYKA, P.C.**

“/s/Robert E. Collins”
Robert E. Collins, Esq.
NO: 2951
*Attorney for One Beacon America Insurance Company*
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

_”/s/Michael J. Daly”___
Gordon Cleary, Esq.
NO: 1948
Michael J. Daly, Esq.
NO: 6729
VETTER & WHITE
*Attorneys for HRM, Inc.*
20 Washington Place
Providence, RI 02903
(401) 421-3060

_”/s/John K. Fulweiler”
John K. Fulweiler, Jr., Esq.
DeOrchis, Wiener & Partners, LLP
*Attorneys for HRM, Inc.*
61 Broadway
26th Floor
New York, NY 10006-2802
(310) 228-3747

CERTIFICATE OF SERVICE

Vetter & White
20 Washington Place
Providence, RI 02903
Attn: Michael J. Daly, Esquire

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
Attn: John K. Fulweiler, Esquire

I hereby certify that I electronically filed the **Joint Motion for Enlargement** on December 21, 2007. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins