**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ONEBEACON AMERICA INSURANCE COMPANY,**
**Plaintiff,**

**CIVIL ACTION NO: 07-00370**

**vs.**

**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**
**Defendant.**

**STIPULATION OF UNDISPUTED FACTS**

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and respectfully submit their Stipulation of Undisputed Facts pursuant to this Honorable Court's instruction at the November 15, 2007 Pre-Trial Conference.

1. On September 23, 2006, the M/V SPRAY was owned by David Pickering and insured by Plaintiff.

2. Defendant H.R.M., Inc. (hereinafter referred to as "HRM") is a Rhode Island corporation.

3. On September 23, 2006, the defendant offered and provided marine assistance to the M/V SPRAY at Dickerson's Marina in Apponaug, Rhode Island.

4. Mr. Pickering signed a Standard Form Marine Salvage Contract, which is attached hereto as Exhibit "A."

5. On October 9, 2006, HRM submitted its invoice, and a dispute subsequently arose over payment. A copy of said invoice is attached hereto as Exhibit "B."

6. Thereafter pursuant to the arbitration clause in the Standard Form Marine Salvage Contract, the parties

submitted their dispute to the BoatUS Salvage Arbitration Plan for resolution. Copies of the executed Agreements to Arbitrate and the Salvage Arbitration Plan booklet are attached hereto as Exhibits “C” & “D” respectively.

7. On July 23, 2007, the Majority (Christian D. Keedy & John C. Koster) issued their Final Award. The Final Award and Attorney Mattioni’s dissent is attached hereto as Exhibit “E.”

8. On July 25, 2007, the director of Consumer Affairs for BoatUS (Caroline Ajootian) sent an email to Christian D. Keedy in response to a telephone message left by plaintiff’s counsel. A copy of this email and Christian D. Keedy’s response is attached hereto as Exhibit “F.”

9. On July 25, 2007, the director of Consumer Affairs for BoatUS (Caroline Ajootian) sent an email to John C. Koster in response to a telephone message left by plaintiff’s counsel. A copy of this email and John C. Koster’s response is attached hereto as Exhibit “G.”

10. On July 28, 2007, plaintiff’s counsel sent a facsimile to Ms. Ajootian questioning the portion of the Final Award that awarded the defendant its arbitration costs in the amount of $1,575.00. A copy of this facsimile is attached hereto as Exhibit “H.”

11. On July 31, 2007, the plaintiff sent the defendant a check in the amount of $9,733.46 for the uncontested portions of the Final Award. A copy of the correspondence is attached hereto as Exhibit “I.”

12. The defendant rejected the foregoing payment on August 6, 2007. See, email from the defendant’s President (John Andrews) to the plaintiff’s Claims Adjuster (Bernice Ford) attached hereto as Exhibit “J.”

This document represents the facts to which there is no dispute. The parties reserve their right to raise additional or different facts and to place additional documents into evidence in connection with briefing the contemplated summary judgment motion.

**FOR THE PLAINTIFF**

_"/S/Robert E. Collins"
Robert E. Collins
Bar No:2951
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**FOR THE DEFENDANT**

_"/S/Michael J. Daly"
Gordon Cleary
Bar No: 1948
Michael J. Daly
Bar No: 6729
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060

**PRO HAC VICE**

_"/S/John K. Fulweiler"
John K. Fulweiler
DeORCHIS, WIENER &
PARTNERS, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
(212) 344-4700

CERTIFICATE OF SERVICE

Vetter & White
20 Washington Place
Providence, RI 02903
Attn: Michael J. Daly, Esquire

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
Attn: John K. Fulweiler, Esquire

I hereby certify that I electronically filed the **Stipulation of Undisputed Facts** on January 4, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins