**Kenneth Chiarello**

**From:** Caroline Ajootian [CAjootian@BOATUS.com]
**Sent:** Wednesday, July 25, 2007 1:30 PM
**To:** Kenneth Chiarello
**Subject:** FW: Award decision arbitration case 06-1228

```
------ Forwarded Message
From: Chris Keedy <ckeedy@bellsouth.net>
Organization: Christian D. Keedy P.A.
Date: Wed, 25 Jul 2007 14:34:18 -0400
To: Caroline Ajootian <CAjootian@BOATUS.com>
Subject: Re: Award decision arbitration case 06-1228

To make it simple. It is $1,575.00 regardless of what the bills total when sent to BoatUS.
The opinion/award has not been sent by me to the parties or attorneys.  I thought that you
did that.
>
> From: Caroline Ajootian <CAjootian@BOATUS.com>
> Date: 2007/07/25 Wed AM 11:00:20 EDT
> To: <ckeedy@bellsouth.net>
> Subject: Award decision arbitration case 06-1228
>
> Chris,
>
> After reviewing the Final Award for the HRM v. Pickering (One Beacon
> Insurance) dispute, I need some clarification.
>
> I understand the Panel's opinion is that One Beacon should pay the
> salvor's cost of the arbitration. Is that amount (up to $1,575, to be
> determined when the arbitrators submit their invoices) in addition to
> the $4,636.28 amount mentioned on pg. 4 of the majority opinion?
>
> Please let me know. I received a call from Ken Chiarello for One
> Beacon and assume that's what he's calling about.
>
> Thanks for your help!
>
> Sincerely,
>
> Caroline Ajootian, AVP
> Director, Consumer Affairs
> BoatU.S.
> 369 Benton View Dr.
> Philomath, OR 97370
> 541-929-7635 phone
> 541-929-7637 fax
> cajootian@boatus.com
>
>


------ End of Forwarded Message
```