**Kenneth Chiarello**

**From:** Caroline Ajootian [CAjootian@BOATUS.com]
**Sent:** Wednesday, July 25, 2007 1:30 PM
**To:** Kenneth Chiarello
**Subject:** FW: Award decision arbitration case 06-1228

------ Forwarded Message
From: "Koster, John C." <jkoster@BlankRome.com>
Date: Wed, 25 Jul 2007 14:50:42 -0400
To: Caroline Ajootian <CAjootian@BOATUS.com>
Cc: <ckeedy@bellsouth.net>
Conversation: Award decision arbitration case 06-1228
Subject: RE: Award decision arbitration case 06-1228

Yes, it was the intent that the prevailing party (the salvor) should recover:

1. The awarded amount
2. Interest on that amount
3. Its arbitration panel fee costs, and
4. Its legal fees as indicated.

Let me know if you require anything else.

John C. Koster | Blank Rome LLP
The Chrysler Building, 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5296 | Fax: 917.332.3848 | Email: JKoster@BlankRome.com
<mailto:JKoster@BlankRome.com>

-----Original Message-----
From: Caroline Ajootian [mailto:CAjootian@BOATUS.com]
Sent: Wednesday, July 25, 2007 11:05 AM
To: Koster, John C.
Subject: FW: Award decision arbitration case 06-1228

John,

I sent the following to Chris Keedy, but understand that he is out of his office until August 1.

Please let me know the answer to my question below so I can be prepared.

Thanks!
Caroline Ajootian

------ Forwarded Message
From: Caroline Ajootian <CAjootian@BOATUS.com>
Date: Wed, 25 Jul 2007 11:00:20 -0400
To: <ckeedy@bellsouth.net>
Conversation: Award decision arbitration case 06-1228
Subject: Award decision arbitration case 06-1228

Chris,

After reviewing the Final Award for the HRM v. Pickering (One Beacon Insurance) dispute, I need some clarification.

I understand the Panel's opinion is that One Beacon should pay the salvor's cost of the arbitration. Is that amount (up to $1,575, to be determined when the arbitrators submit their invoices) in addition to the $4,636.28 amount mentioned on pg. 4 of the majority

opinion?

Please let me know. I received a call from Ken Chiarello for One Beacon and assume that's what he's calling about.

Thanks for your help!

Sincerely,

Caroline Ajootian, AVP
Director, Consumer Affairs
BoatU.S.
369 Benton View Dr.
Philomath, OR 97370
541-929-7635 phone
541-929-7637 fax
cajootian@boatus.com

------ End of Forwarded Message

*******************************************************************
This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.
*******************************************************************

------ End of Forwarded Message