# CLINTON & MUZYKA, P.C.

ATTORNEYS AT LAW
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY

ARTHUR P. SKARMEAS**
Of Counsel

*Also admitted in RI
**Also admitted in NH

TELEPHONE
(617) 723-9165
FACSIMILE
(617) 720-3489
E-MAIL:
c&m@clinmuzyka.com


July 28, 2007

VIA FACSIMILE

Boat U.S.
369 Benton View Drive
Philomath, OR 97370

Attention: Caroline Ajootian
Director, Consumer Affairs

**Re: Salvage Dispute**
**David Pickering v. H.R.M., Inc.**
**Case No: 06-1228**

Dear Ms. Ajootian:

In reference to the above-matter, we have received and reviewed the Majority's Final Award and note that they awarded the Petitioner its arbitration costs in the amount of $1,575.00. It is our position that the Majority cannot award the Petitioner its arbitration costs pursuant to the terms and conditions of the Boat U.S. Salvage Arbitration Plan, which specifically states "[t]he arbitration fees are split equally between the two parties" and further "[a]ll fees and expenses of the Arbitration Panel and the Arbitration Administrator shall be equally between the parties to arbitration." This matter was submitted and determined under the Boat U.S. Salvage Arbitration Plan and, as confirmed by our recent telephone conversation, the Majority is bound by its terms and conditions.

Accordingly, we will not satisfy the portion of the Final Award relating to the Petitioner's arbitration costs. We will abide by the terms and conditions of the Boat U.S. Salvage Arbitration Plan and satisfy our portion of the

shared fees and costs. Please provide our office with copies of the Arbitrators fees and costs.

If you have any questions concerning the above, please do not hesitate to contact the undersigned. Thank you for your cooperation.

Very truly yours,

Kenneth M. Chiarello

cc: John K. Fulweiler, Esq.
*Via Fax: 212-422-5299*

**CLINTON & MUZYKA, P.C.**
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MA 02108
617.723.9165 TEL
617.720.3489 FAX
KCHIARELLO@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Caroline Ajootian | FROM: Kenneth M. Chiarello |
| COMPANY: Boat U.S. | DATE: July 28, 2007 |
| FAX NUMBER: 541-929-7637 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: 541-929-7635 | SENDERS REFERENCE NO: |

**Re: H.R.M., INC. vs. DAVID PICKERING**
**<u>SALVAGE ARBITRATION CASE: 06-1228</u>**

Dear Ms. Ajootian:

Please see the attached correspondence in reference to the above-matter.

Very truly yours,

*Kenneth M. Chiarello*

cc: John K. Fulweiler, Esq.
*Via Fax: 212-422-5299*

Broadcast Report

P 1
07/28/2007 12:25
Serial No. 231102920
TC: 63942

| Destination | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 15419297637 | 07-28 12:23 | 00:00 30 | 003/003 | OK | L1 |
| 12124225299 | 07-28 12:24 | 00:00 56 | 003/003 | OK | L1 |

Note L1: Main Circuit, L2: Sub Circuit, TMR: Timer, POL: Poll, ORG: Original, FME: Frame Erase TX, MIX: Mixed Original, CALL: Manual Communication, CSRC: CSRC, FWD: Forward, PC: PC-FAX, BND: Bind, SP: Special Original, FCODE: F-Code, RTX: Re-Tx, RLY: Relay, MBX: Secure, BUL: Bulletin

Result OK: TX OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full.

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MA 02108
617.723.9165 TEL
617.720.3489 FAX
KCHIARELLO@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Caroline Ajootian | FROM: Kenneth M. Chiarello |
| COMPANY: Boat U.S. | DATE: July 28, 2007 |
| FAX NUMBER: 541-929-7637 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: 541-929-7635 | SENDERS REFERENCE NO: |

**Re: H.R.M., INC. vs. DAVID PICKERING**
**SALVAGE ARBITRATION CASE: 06-1228**

Dear Ms. Ajootian:

Please see the attached correspondence in reference to the above-matter.

Very truly yours,

*Kenneth M. Chiarello*

cc: John K. Fulweiler, Esq.
*Via Fax: 212-422-5299*