INTERNATIONAL
MARINE
UNDERWRITERS

One Beacon Street
Boston, MA 02108-3100
t 617.725.6717
t 800.762.1127
f 617.725.6709

July 31, 2007

John Andrews
Safe/Sea Marine Rescue & Assistance
60 Reynolds Street
Wickford, RI 02852

RE: David Pickering - "SPRAY"
Date of Loss: September 23, 2006
IMU Claim #: 0AA 257080

Dear Mr. Andrews:

We have received notice of the Final Award from Boat U.S. with regard to the salvage of our Insured's vessel "SPRAY" on September 23, 2006.

We note that the arbitration panel awarded $4,500.00 for salvage, $4,636.28 for attorney's fees, prejudgment interest at 1.5% per month and arbitration costs of $1,575.00.

It is our position that the panel can not award arbitration costs as this directly conflicts with the salvage contract wording which states; "the arbitration fees are split equally between the two parties" and "all fees and expenses of the Arbitration Panel and the Arbitration Administration shall be equally between the parties". Our counsel has forwarded notification to the Boat U.S. Administrator outlining our position and that we will not be satisfying the portion of the award relating to the arbitration costs.

Therefore, enclosed is our check #SU85261-0 for the amount of $9,733.46 which represents salvage of $4,500.00, attorney's fees of $4,636.28 and prejudgment interest totaling $597.18.

With regard to the $500.00 towing bill (which we unfortunately overlooked), also enclosed is our check #SU85260-6 for the amount of $544.71 representing the $500.00 towing bill plus $44.71 in interest.

Sincerely,

Bernice M. Ford
Sr. Claims Representative

CC: Carey, Richmond & Viking
Attn: Linda Soderi

Enclosures

OBi insurance

C/O INTL MARINE UNDERWRITERS
ONE BEACON STREET - 17TH FLOOR
BOSTON MA 02108

Mail to: H.R.M., INC
60 REYNOLDS STREET
WICKFORD RI 02852

OBi insurance

**EXPLANATION OF PAYMENT** SU85261-0

PLEASE FORWARD ALL CORRESPONDENCE TO:
OBI Insurance
C/O INTL MARINE UNDERWRITERS
ONE BEACON STREET - 17TH FLOOR
BOSTON MA 02108
617-725-6717

PAY TO: H.R.M., INC

AGENT: Carey, Richmond & Viking
PO Box 809
Portsmouth RI 02871-0809

| | |
|---|---|
| DATE ISSUED: | 07/30/2007 |
| CHECK AMT: | $9,733.46 |
| INSURED: | DAVID W PICKERING |
| POLICY NO.: | JJ09847 |
| DATE/LOSS: | 09/23/2006 |
| CLAIM NO.: | 0AA-257080-01-01 |
| CLAIM TYPE: | YACHT (RI) |
| CLAIMANT: | PICKERING DAVID W |
| ADJUSTER: | BM02 - BERNICE FORD |

IN PAYMENT OF: VESSEL "SPRAY" - SALVAGE, LEGAL EXPENSES AND INTEREST

35898 0901

DETACH AND RETAIN THIS PORTION FOR YOUR RECORDS

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND • NOT A WHITE BACKGROUND

OBi insurance 07/30/2007 SU85261-0 51-44/119 CT

PAY TO THE ORDER OF: H.R.M., INC

Refused

ALL PAYEES MUST ENDORSE

| AMOUNT |
|---|
| *****$9,733.46 |

IN PAYMENT OF:VESSEL "SPRAY" - SALVAGE, LEGAL EXPENSES AND INTEREST

*Nine thousand seven hundred thirty three and 46/100 Dollars*

BANK OF AMERICA
NOT VALID AFTER 90 DAYS FROM ISSUE

INSURED: DAVID W PICKERING
POLICY NO: JJ09847
CLAIM NO: 0AA-257080-01-01
CLAIMANT: PICKERING DAVID W
ADJUSTER: BERNICE FORD

LOSS DATE: 09/23/2006
CLM TYPE: YACHT-RI

AUTHORIZED SIGNATURE

IF $50,000 OR OVER, TWO SIGNATURES REQUIRED

117198526 011900445 0000000004253

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW