**UNITED STATES DISRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>**Plaintiff,** | **CIVIL ACTION**<br>**NO: 07-00370-S-DLM** |
| **vs.** | |
| **H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**<br>**Defendant.** | |

**AFFIDAVIT OF ROBERT E. COLLINS**

Now comes Robert E. Collins and deposes and states as follows:

1. I am a member of the bar of this Court and of the firm of Clinton & Muzyka, P.C., attorneys for plaintiff, OneBeacon America Insurance Company, in this action. I submit this Affidavit to place into the record Exhibit “I” to the Declaration of John K. Fulweiler, Esquire, which was submitted at the arbitration proceedings.

2. Annexed hereto as Exhibit “1” is the Declaration of John K. Fulweiler, Esquire and Exhibit “I” to the Declaration which includes of the Declaration of Denise Hicks.

SIGNED UNDER THE PAINS AND PERJURY THIS 15TH DAY OF JANUARY, 2008.

“/s/Robert E. Collins”
Robert E. Collins