**Petitioner's Salvage Award Presentation**
April 9, 2007

Case No.: 06-1228

---

H.R.M., INC. D/B/A SAFE/SEA,

Petitioner,

vs.

M/V SPRAY, *her engines, tackle, apparel, furnishings, equipment, etc.*, and DAVID PICKERING,

Respondents.

---

## DECLARATION OF JOHN K. FULWEILER, ESQ.

John K. Fulweiler, Esq. hereby declares under penalty of perjury as follows:

1. I am a Partner with DeOrchis, Wiener & Partners, LLP. This declaration is based on the undersigned's personal knowledge.

2. Attached hereto as Exhibit "A" is a true, accurate and complete copy of Petitioner H.R.M., Inc.'s ("HRM") Rhode Island Standard Form Marine Salvage Contract.

3. Attached hereto as Exhibit "B" is a true, accurate and complete copy of HRM's paperwork evidencing the vessel owner's execution of the Redelivery Certificate.

4. Attached hereto as Exhibit "C" is a true, accurate and complete copy of HRM's Captain Andrew Casey's statement of the salvage services.

5. Attached hereto as Exhibit "D" is a true, accurate and complete copy of HRM's Invoice seeking a salvage award.

EXHIBIT "1"

6. Attached hereto as Exhibit "E" is a true, accurate and complete copy of HRM's Invoice seeking payment for the subsequent towage of the vessel.

7. Attached hereto as Exhibit "F" is a true, accurate and complete copy of the Letter of Undertaking received from the vessel's underwriter.

8. Attached hereto as Exhibit "G" is a true, accurate and complete copy of the vessel pricing comparables used in HRM's post-casualty value calculation.

9. Attached hereto as Exhibit "H" is a true, accurate and complete copy of Magistrate Judge Bowler's decision in New Bedford Marine Rescue, Inc. v. Cape Jeweler's Inc., Case no.: 01-CV-11450.

10. Attached hereto as Exhibit "I" is a true, accurate and complete copy of the Declaration of Ms. Denise Hicks pertaining to attorneys' fees and costs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 9, 2007

John K. Fulweiler

**Petitioner's Salvage Award Presentation**
April 9, 2007

Case No.: 06-1228

---

H.R.M., INC. D/B/A SAFE/SEA,

Petitioner,

vs.

M/V SPRAY, *her engines, tackle, apparel, furnishings, equipment, etc.*, and DAVID PICKERING,

Respondents.

---

**DECLARATION OF DENISE HICKS**

Denise Hicks hereby declares under penalty of perjury as follows:

1. I am an employee of DeOrchis, Wiener & Partners, LLP, and hold the title of Legal Administrator. In that capacity I am responsible for, among other things, the invoicing of the firm's clients. This declaration is based on the undersigned's personal knowledge.

2. I reviewed the entry history for H.R.M., Inc. with respect to the above matter, and make the following statements as of today's date:

a. Based on an hourly calculation, the unbilled entries currently recorded in our firm's system generate a total fee in the amount of $462.00.

b. The total unbilled disbursements currently recorded in our system are $12.60.

3. However, I am told by our Mr. Fulweiler that approximately ten (10) hours of additional time has not yet been entered into the firm's accounting system as well as various

disbursements including copying and courier expenses associated with the above arbitration which total approximately $125.00.

4. Mr. Fulweiler's standard billing rate is $210.00 per hour. This rate is his billing rate for the 2007 year and is the rate he charges in this matter.

5. As near as can now be determined, I calculate that approximately $2,699.60 of attorneys' fees and costs has been incurred to date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 9, 2007

Denise Hicks