**UNITED STATES DISRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>**Plaintiff,** | **CIVIL ACTION**<br>**NO: 07-00370** |

**vs.**

**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**
**Defendant.**

**CONSENT ORDER TO REVISE BRIEFING SCHEDULE**

Now come the parties, by their attorneys, and submits their Consent Order to revise the summary judgment briefing schedule, agreed to at the settlement conference before Magistrate Judge Lovegreen. The parties agree as follows:

1. The plaintiff will submit its Motion for Summary Judgment on January 14, 2008.

2. The defendant will submit its Opposition and Cross-Motion for Summary Judgment on January 21, 2008.

3. The plaintiff will submit its Opposition to the Cross-Motion for Summary Judgment and Reply Memorandum to its Motion for Summary Judgment on January 28, 2008.

4. The defendant will submit its Reply Memorandum on February 4, 2008.

The parties agree that the matter may be assigned to Magistrate Judge David Martin for review and recommendation.

Respectfully submitted,

**CLINTON & MUZYKA, P.C.**

Robert E. Collins, Esq.
NO: 2951
*Attorney for One Beacon America Insurance Company*
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

ENTER WESM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 1/16/08

Gordon Cleary, Esq. (REC)
NO: 1948
Michael J. Daly, Esq.
NO: 6729
VETTER & WHITE
*Attorneys for HRM, Inc.*
20 Washington Place
Providence, RI 02903
(401) 421-3060

John K. Fulweiler (REC)
DeOrchis, Wiener & Partners, LLP
*Attorneys for HRM, Inc.*
61 Broadway, 26th Floor
New York, NY 10006-2802
(310) 228-3747

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on