**UNITED STATES DISRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>**Plaintiff,** | **CIVIL ACTION**<br>**NO: 07-00370-S-DLM** |

**vs.**

**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**
**Defendant.**

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, OneBeacon America Insurance Company, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure

As a basis therefore, the plaintiff states this matter involves a dispute as to the award of Arbitration Fees and Expenses pursuant to the Boat U.S. Salvage Arbitration Plan. The plaintiff asserts that the plan expressly provides that the Arbitration Fees and Expenses are to be shared equally by the parties. Plaintiff maintains that the final award in this matter, which included a provision that the plaintiff was to pay the full amount of the Arbitration Fees and Expenses, was

contrary to the Arbitration Plan and beyond the powers of the arbitrators in this matter.

Plaintiff relies upon the attached Memorandum of Law in Support of its Motion for Summary Judgment.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
Robert E. Collins
BBO NO: 2951
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

CERTIFICATE OF SERVICE

Vetter & White
20 Washington Place
Providence, RI 02903
Attn: Michael J. Daly, Esquire

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
Attn: John K. Fulweiler, Esquire

I hereby certify that I electronically filed **Plaintiff's Motion for Summary Judgment o**n January 15, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins