# Rhode Island
# Standard Form Marine Salvage Contract

It is hereby agreed this 23 day of Sept (Month), 2006, at 4:15 (Time) hours at ______ (Location), by & between: David W Pickering (Casualty's Captain) For the Vessel named Spray ______ (Casualty's Name) which is described as a 1990 Formula PC-36 ______ (Description) and insured by: ______ (Underwriter) and H.R.M., Inc. dba. Safe/Sea, to salvage the vessel under these terms and conditions:

1. Salvor agrees to render assistance to and endeavor to save said vessel and its property and deliver her afloat or ashore at Apponaug Harbor Marina (If Known) marina or port as mutually agreed, or to nearest safe port if unspecified herein, as soon as practicable.

2. Salvor shall have the requisite possession and control of the subject vessel and be entitled without expense to the reasonable use of the vessel and its gear in the performance of recovery or towing operations.

3. Said salvage by the Salvor shall terminate upon delivery of said vessel as designated herein Owner and Underwriter shall be responsible for any storage, towing or other port or marina charges following delivery and for risk of loss thereafter.

4. Compensation to Salvor for the services performed hereunder shall be in accordance with the 1989 International Convention on Salvage ( SALCON 1989). No agreement on price or its reasonableness has been made at the scene unless agreed to in writing.

5. Services hereunder are rendered on a "No Cure, No Pay" basis; however, salvor shall be entitled to a reasonable allowance for prevention or minimization of environmental damage in accordance with Articles 13 & 14 of the 1989 International Convention on Salvage. Payment is due promptly upon presentation of Salvor's bill. Interest at the rate of one and one-half (1.5%) percent per month (or the maximum legal rate allowed) shall accrue on any unpaid balance from 30 days after completion of salvage and presentation of a salvage bill.

6. In the event of any dispute regarding this salvage or concerning the reasonableness of any fees or charges due hereunder, all parties agree to binding arbitration under the The BOAT/U.S. Salvage Arbitration Plan.

7. It is understood that services perforr.ed here under are governed by the Admiralty and Maritime Jurisdiction of the Federal Courts and create a maritime lien against the vessel or its posted security. Salvor's lien shall be preserved until payment. Salvor agrees in lieu of arrest or attachment to accept from the vessel's Underwriter, a Letter of Undertaking for an amount equal to one and one-half (1.5) times the presented billing with a copy of the insurance policy and coverage information. If the vessel is uninsured or its Underwriter cannot provide a Letter of Undertaking, Salvor may demand the posting of a Surety Bond with its designated Escrow Agent in an amount equal to 1.5 times the Salvor's bill. Salvor may satisfy collection of fees or charges here under by recourse to any security posted and shall also be entitled to any costs incurred in collection of payments due hereunder including reasonable attorneys' fees.

8. Salvor hereby warrants that it is acting on its own behalf and on behalf of any sub-contractors retained by Salvor to perform services in the recovery or delivery of the vessel. Salvor shall be responsible for any such subcontractors' compensation.

9. In the event the Salvor has already rendered salvage services to the described vessel prior to execution of this contract, the provisions of this contract shall apply to such salvage services.

SIGNED: [signature]

Name: Andrew Casey
H.R.M., Inc.
60 Reynolds St.
Wickford, RI 02852
401-295-8711
401-295-0071 (Fax)
john.andrews@safesea.com

SIGNED: [signature]

Name: DAVID W. PICKERING
Vessel: Spray SPRAY
Street: 293 Grand View Drive
City, St, Zip: WARWICK RI 02886
Phone: 401-737-7769
Fax: 401 385-9320
Cell 401-742-5039

2006 - H.R.M., Inc.
60 Reynolds Street, Wickford, RI 02852