# SAFE/SEA

MARINE RESCUE & ASSISTANCE

(401) 295-8711
VHF CHANNEL 16
http://www.safesea.com

60 REYNOLDS STREET
WICKFORD, RI 02852

October 9, 2006

Dave Pickering
293 Grand View Dr
Warwick, RI 02886

Dear Captain Pickering,

This is the bill for the services provided to you recently. Please forward a check in the enclosed envelope to Safe/Sea for payment, or call us at 401-295-8711 to pay with your credit card.

## Bill For Services Provided on 9/23/2006

| | |
|---|---|
| Operation No | 06-0824 |
| Problem: | Taking on Water |
| Destination: | Dickerson's - Haulout |
| Name & Address | Dave Pickering<br>293 Grand View Dr<br>Warwick, RI 02886 |
| Home Phone: | 401-737-7769 |

| | |
|---|---|
| Boat Name: | Formula |
| Length: | 36 |
| Make: | Formula |
| Year: | 1990 |
| Engine Type: | Inboard (2) |
| Registration #: | RI 2206 K |
| Home Marina: | Apponaug Harbor |
| Home Port: | Apponaug |

**Total Charged for Job:** $11000.00

**Total Payments:**

**Balance Due:** $11000.00

**EIN: 05-0435402**

If you have any questions regarding this invoice, please call Barb, Pete or John at 401-295-8711. Thank you for your business!

*The Federal Truth in Lending law requires that we define our credit practice. Statements are due and payable upon receipt. Interest at 1.5 % per month (18%) annual will be added starting at 30 days.*

# SAFE/SEA

401.295.8711
www.safesea.com

## Operation File #06-0824 : 9/23/2006

H.R.M., Inc.
60 Reynolds Street
Wickford, RI 02852

### Customer Information

| | | | |
|---|---|---|---|
| Name: | Dave Pickering | Home Phone: | 401-737-7769 |
| Address 1: | 293 Grand View Dr | Cell Phone: | 401-965-5644 |
| Address 2: | | Email: | |
| City: | Warwick State: RI | Zip: | 02886 |

### Casualty Information

| | | | |
|---|---|---|---|
| Boat Name: | Formula | Boat Year: | 1990 |
| Length: | 36 | Doc./Reg. #: | RI 2206 K |
| Make: | Formula | Home Marina: | Apponaug Harbor |
| Propulsion: | Inboard (2) | Home Port: | Apponaug |

### Casualty Position Information

| | | | |
|---|---|---|---|
| Latitude: | | Position: | Apponaug Harbor Marina/Dickerson's |
| Longitude: | | Destination: | |

### Casualty Situation & Distress Information

| | | | |
|---|---|---|---|
| Casualty Status: | In Danger | Status Details: | T.O.W |
| Distress Type: | Taking on Water | Distress Details: | |

### Membership Information

| | | | |
|---|---|---|---|
| BoatUS Member #: | 2030241 | Safe/Sea Member #: | N/A |
| BoatUS Expiration: | 0607 | Safe/Sea Expiration: | N/A |
| BoatUS Limit: | Unlimited | Safe/Sea Plan Type: | N/A |

### Response Information

| | | |
|---|---|---|
| Responding Vessel: | S/S Salvor | |
| Responding Captain: | AC | |
| Time to Scene: | 00:45 | 15:30 |
| On Scene (D&T): | 9/23/2006 16:15 | |
| Secure (D&T): | 9/23/2006 17:45 | |
| Time on Job: | 01:30 | |
| Time to Home: | 00:45 | 18:30 |

### Billing Detail

Salvage

### Payment Information

| | |
|---|---|
| Cash Amount: | |
| Check Amount: | |
| CC Amount: | |
| CC Number: | |
| CC Expiration: | |
| CC Signature: | |

### Redelivery Certificate

I certify that the services rendered have been carried out to my entire satisfaction and accept re-delivery of the herein described vessel at ______ hours on ______.

Signature: SIGNATURE ON FILE

# SAFE/SEA

**Operation File # :** 06-0824 9/23/06

401.295.8711
www.sa[f]esea.com
H.R.M., Inc.
60 Reynolds Street
Wickford, RI 02852

## Customer Information

Name: Dave Dickering

Address 1: 293 Carol View Dr

Address 2:

City: Warwick

State: RI

Zip: 02886

Home Phone:

Cell Phone: 965-5614

Email:

## Casualty Information

Boat Name: Spray

Length: 36

Make: Formula

Propulsion: IB 2

Boat Year:

Doc./Reg. #:

Home Marina:

Home Port:

## Casualty Position Information

Latitude:

Longitude:

Position: A-5 Dickersons

Destination: " Travel lift

## Casualty Situation & Distress Information

Casualty Status:

Distress Type:

Status Details:

Distress Details:

## Membership Information

BoatUS Member #:

BoatUS Expiration:

BoatUS Limit:

Safe/Sea Member #:

Safe/Sea Expiration:

Safe/Sea Plan Type:

## Response Information

Responding Vessel: Salvor

Responding Captain: AC

Time to Scene:

On Scene (D&T):

Secure (D&T):

Time on Job:

Time to Home:

## Billing Detail

| Units | Rate | Service | Sub-total |
|---|---|---|---|
| | | | |
| | | Invoice Total: | |
| | | Total Payment: | |
| | | Balance Due: | |

## Payment Information

Cash Amount:

Check Amount:

CC Amount:

CC Number:

CC Expiration:

CC Signature:

## Redelivery Certificate

I certify that the services rendered have been carried out to my entire satisfaction and accept re-delivery of the herein described vessel at 1745 hours on 9/23/06

[signature]