# Boat Owners Association of The United States
## Salvage Arbitration Plan
## Agreement to Arbitrate
### Case 06-1228

The parties David W. Pickering (insured), Int'l Marine Underwriters (insurer) and H.R.M., Inc. (salvor) hereby submit the following for arbitration under the Rules of the Boat Owners Association Of The United States Salvage Arbitration Plan. *(Please briefly describe the nature of the dispute.)*

See attached

*I agree that submission of this form constitutes an agreement this arbitration is final and binding on all parties in lieu of any legal or other proceedings. Further, I agree to submit my party's arbitrator selection, case presentation and rebuttal in conformance with the time table outlined in the Salvage Arbitration Plan booklet. Failure to do so could result in penalties.*

[signature] Date 22 Feb 2007
*Authorized signature on behalf of Insured*

Party Name David W. Pickering
Address 293 Grand View Drive
City/State/Zip Warwick, Rhode Island 02886
Telephone ______ Fax ______

[signature] Date 22 Feb 2007
*Authorized signature on behalf of Insurer*

Party Name International Marine Underwriters
Address One Beacon Street
City/State/Zip Boston, Massachusetts 02108
Telephone ______ Fax ______
e-mail ______

This dispute involves services that H.R.M., Inc. provided to the M/V SPRAY on September 23, 2006 while afloat at its usual slip at the Apponaug Marina in Warwick, Rhode Island and on September 25, 2006. The Respondents submit that the Claimant is not entitled to a pure salvage award because (1) the Standard Form Marine Salvage Contract is unenforceable and invalid under the circumstances; (2) there was no marine peril; (3) the services were not voluntarily rendered; (4) and the Claimant acted in bad faith. The Respondents further allege that the Claimant's customary business practices are unfair and deceptive and violate Title 6, Chapter 6-13.1 et seq. of the Rhode Island General Laws. Alternatively, the Respondents submit that any pure salvage award should be minimal.