**Kenneth Chiarello**

**From:** Ford, Bernice M. [BFord@IMU.com]
**Sent:** Tuesday, August 07, 2007 2:06 PM
**To:** Kenneth Chiarello
**Subject:** FW: Further on Pickering

**Attachments:** Bernice 8_6_07.pdf

Bernice
_07.pdf (196

-----Original Message-----
From: John Andrews [mailto:john.andrews@safesea.com]
Sent: Monday, August 06, 2007 10:25 AM
To: Ford, Bernice M.
Subject: Further on Pickering

Bernice ---

Thank you for the check for $544.71 for the tow of Captain Pickering vessel "Spray" on 9/26/06.

We are returning the Check for $9,733.46 by certified mail (see above).
This amount is insufficient, based on the "Final Award " in case #60-1228.

We request full payment including the continuing interest "promptly".

Thank you -------

--------------- John

Confidentiality notice: The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone. Thank you.