UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

----------------------------------------------------------X
ONE BEACON AMERICA INSURANCE COMPANY,

Plaintiff,

C.A. No.: 07-370/S-DLM

vs.

H.R.M., INC. (d/b/a SAFE/SEA MARINE RESCUE & ASSISTANCE),

Defendant.

----------------------------------------------------------X

**STATEMENT OF UNDUSPUTED FACTS IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**and**
**DEFENDANT'S CROSS_MOTION FOR SUMMARY JUDGMENT**

Defendant H.R.M., Inc. d/b/a Safe/Sea[1] ("HRM") provides this statement of undisputed facts in support of its Objection to Plaintiff's Motion for Summary Judgment and in support of HRM's cross-motion for summary judgment.

1) HRM incorporates by reference all of the facts set forth in the Stipulation of Undisputed Facts filed by the parties on January 4, 2008, Docket Entry No. 22.[2]

2) At arbitration, HRM requested that it be awarded all arbitration costs. HRM's Initial and Rebuttal Submissions filed in arbitration are annexed respectively as Exhibits A and B to the Declaration of Michael J. Daly, Esq., which declaration was filed as Exhibit 1 to HRM's Memorandum in Opposition to the Complaint, Docket Entry No. 3.

---

[1] Plaintiff's complaint incorrectly states that H.R.M., Inc. does business as "Safe/Sea Marine Rescue & Assistance."

[2] This stipulation was filed at the request of Judge Smith to be used in connection with the parties' motion and cross-motion for summary judgment.

3) At arbitration, neither One Beacon Insurance, nor its insured, objected to HRM's request for arbitration costs, or otherwise challenged the arbitrators' authority to award all such costs.

Respectfully submitted,

/s/ Michael J. Daly
Gordon Cleary, Esq., No. 1948
Michael J. Daly, Esq., No. 6729
Vetter & White
20 Washington Place
Providence, RI 02903
Tel.: (401) 421-3060
Fax: (401) 272-6803
mdaly@vetterandwhite.com
gcleary@vetterandwhite.com

- Pro Hac Vice Counsel -
John K. Fulweiler, Esq.
DEORCHIS & PARTNERS, LLP

Dated: January 22, 2008

# CERTIFICATE OF SERVICE

To:

Kenneth M. Chiarello, Esq.
Robert Collins, Esq.
Clinton & Muzyka, P.C.
Attorneys for Plaintiff
One Washington Mall, Suite 1400
Boston, MA 02108

I hereby certify that I electronically filed this **STATEMENT OF UNDISPUTED FACTS** on January 22, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above-identified counsel has been effectuated by electronic means.

/s/ Michael J. Daly