**UNITED STATES DISRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**<br>**Defendant.** | **CIVIL ACTION**<br>**NO: 07-00370-S-DLM** |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, OneBeacon America Insurance Company, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and moves this Honorable Court for a one day extension of time in which to file its Opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Motion for Summary Judgment. As a basis therefore, plaintiff states that due to a computer error, the Opposition and Reply has been lost and attempts to recover the document have been unsuccessful.

Defendant's counsel indicated that they will not oppose the motion.

WHEREFORE, the plaintiff prays this Honorable Court grant its one day extension of time in which to submit its Opposition and Reply Memorandum.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

“/s/Robert E. Collins”
Robert E. Collins
BBO NO: 2951
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

CERTIFICATE OF SERVICE

Vetter & White
20 Washington Place
Providence, RI 02903
Attn: Michael J. Daly, Esquire

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
Attn: John K. Fulweiler, Esquire

I hereby certify that I electronically filed **Plaintiff’s Motion for a One Day Extension o**n January 29, 2008. This document is available for viewing and downloading from the Court’s Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

“/s/Robert E. Collins”
Robert E. Collins