**UNITED STATES DISRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>**Plaintiff,** | **CIVIL ACTION**<br>**NO: 07-00370-S-DLM** |

**vs.**

**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**
**Defendant.**

**AFFIDAVIT OF ROBERT E. COLLINS**

Now comes Robert E. Collins and deposes and states as follows:

1. I am a member of the bar of this Court and of the firm of Clinton & Muzyka, P.C., attorneys for plaintiff, OneBeacon America Insurance Company, in this action.

2. Annexed hereto as Exhibit "1" is the correspondence of July 30, 2007 from Caroline Ajootian to Christian D. Keedy, P.A., which was attached to the Complaint as Exhibit "F."

3. Annexed hereto as Exhibit "2" is the correspondence of August 6, 2007 from Caroline Ajootian to Kenneth Chiarello, Esquire and John K. Fulweiler, Esquire, which was attached to the Complaint as Exhibit "G."

SIGNED UNDER THE PAINS AND PERJURY THIS 30TH DAY OF JANUARY, 2008.

"/s/Robert E. Collins"
Robert E. Collins