Pray
TJM/KMC

BoatU.S.
BOAT OWNERS ASSOCIATION OF THE UNITED STATES

Washington National Headquarters
880 South Pickett Street
Alexandria, VA 22304
703-823-9550 Fax: 703-461-2847

A FAX COMMUNICATION FROM
BoatU.S. CONSUMER PROTECTION BUREAU
880 S. Pickett St., Alexandria, VA 22304
FAX NUMBER: 541-929-7637
VOICE PHONE: 541-929-7635

DATE: July 30, 2007

TO: Christian D. Keedy, P.A.; 305-667-9980 fax

Kenneth Chiarello, Esq.; 617-720-3489 fax

John K. Fulweiler, Esq.; 212-422-5299 fax

FROM: Caroline Ajootian, AVP
Director, Consumer Affairs
CAjootian@BoatUS.com

# OF PAGES, INCLUDING COVER SHEET: 4

**BoatU.S.**
BOAT OWNERS ASSOCIATION OF THE UNITED STATES

Washington National Headquarters
880 South Pickett Street
Alexandria, VA 22304
703-823-9550 Fax: 703-461-2847

July 30, 2007

Christian D. Keedy, P.A.
7931 SW 59th Ave.
Miami, FL 33143-5113

Via fax: 305-667-9980

Re: Salvage Arbitration Case 06-1228
HRM d/b/a Safe/Sea v One Beacon Insurance (Pickering, M/V SPRAY)

Dear Mr. Keedy:

I received the enclosed from Atty. Kenneth Chiarello who, as you know, represents One Beacon Insurance Group in the above-referenced dispute. As you will see, Mr. Chiarello states that his client will not satisfy the portion of the Award Decision relating to the Salvor's cost of arbitration. As you are aware, the BoatU.S. Salvage Arbitration Plan is structured so that each party shares equally in the cost of arbitration, for a maximum per-party cost of $1,575.

It is my understanding of the Plan's "Guiding Principles" that attorney's fees are not included in the criteria for determining the Award, nor are arbitration costs. A quick reading of the Rhode Island Standard Form Marine Salvage Contract executed by the parties likewise does not mention recovery of arbitration costs.

I am therefore seeking clarification as to how or under what authority the Panel majority decided to award the cost of arbitration.

I look forward to hearing from you. Thank you in advance for your assistance and interest.

Sincerely,

Caroline Ajootian, AVP
Manager, BoatU.S. Salvage Arbitration Plan

Encl.

Contact information:
*Caroline Ajootian*
*369 Benton View Dr.*
*Philomath, OR 97370*

*541-929-7635 phone*
*541-929-7637 fax*
*cajootian@boatus.com*

CLINTON & MUZYKA, P.C.
ATTORNEYS AT LAW
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY

ARTHUR P. SKARMEAS**
Of Counsel

*Also admitted in RI
**Also admitted in NH

TELEPHONE
(617) 723-9165
FACSIMILE
(617) 720-3489
E-MAIL:
c&m@clintonmuzyka.com

July 28, 2007

VIA FACSIMILE

Boat U.S.
369 Benton View Drive
Philomath, OR 97370

Attention: Caroline Ajootian
Director, Consumer Affairs

**Re: Salvage Dispute**
**David Pickering v. B.R.M., Inc.**
**Case No: 06-1228**

Dear Ms. Ajootian:

In reference to the above-matter, we have received and reviewed the Majority's Final Award and note that they awarded the Petitioner its arbitration costs in the amount of $1,575.00. It is our position that the Majority cannot award the Petitioner its arbitration costs pursuant to the terms and conditions of the Boat U.S. Salvage Arbitration Plan, which specifically states "[t]he arbitration fees are split equally between the two parties" and further "[a]ll fees and expenses of the Arbitration Panel and the Arbitration Administrator shall be equally between the parties to arbitration." This matter was submitted and determined under the Boat U.S. Salvage Arbitration Plan and, as confirmed by our recent telephone conversation, the Majority is bound by its terms and conditions.

Accordingly, we will not satisfy the portion of the Final Award relating to the Petitioner's arbitration costs. We will abide by the terms and conditions of the Boat U.S. Salvage Arbitration Plan and satisfy our portion of the

shared fees and costs. Please provide our office with copies of the Arbitrators fees and costs.

If you have any questions concerning the above, please do not hesitate to contact the undersigned. Thank you for your cooperation.

Very truly yours,

Kenneth M. Chiarello

cc: John K. Fulweiler, Esq.
*Via Fax: 212-422-5299*