**UNITED STATES DISRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ONEBEACON AMERICA INSURANCE COMPANY,**
**Plaintiff,**

**CIVIL ACTION NO: 07-00370-S-DLM**

**vs.**

**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**
**Defendant.**

**JOINT MOTION TO RESCHEDULE HEARING**

Now come the parties, Plaintiff OneBeacon America Insurance Company and Defendant H.R.M., Inc. (d/b/a Safe/Sea Marine Rescue & Assistance), by and through their undersigned attorneys, and hereby move this Honorable Court for a two week extension of the May 28, 2008 hearing on Defendant’s appeal of a Report and Recommendation issued by Magistrate Lovegreen. As a basis therefore, the parties state the following.

This matter involves a claim for salvage that was arbitrated by BoatUS. Plaintiff disagreed with a portion of the award and commenced this action. The matter was submitted on Cross-Motions for Summary Judgment and referred to Magistrate Judge Lovegreen for Report and Recommendation, which issued on April 30, 2008.

Defendant partially appealed the Report and Recommendation. This Honorable Court scheduled a hearing on May 28, 2008 on the appeal. The parties have basically worked out the appeal and expect that the issues raised in Defendant's appeal will become moot. The parties were not previously able to resolve the issues due to the unavailability of Plaintiff's counsel due to vacation plans. The parties pray this Honorable Court continue the scheduled hearing to allow the parties additional time to finalize the closing of this matter.

**WHEREFORE**, the parties pray this Honorable Court grant their Motion to Continue the Hearing scheduled for May 28, 2008, for two weeks, to a time convenient to this Honorable Court.

By their attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"

Robert E. Collins
BAR NO: 2951
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**VETTER & WHITE**

"/s/ Michael J. Daly"
Michael J. Daly
BAR NO. 6729
20 Washington Place
Providence, RI 02903
(401) 421-3060

CERTIFICATE OF SERVICE

Vetter & White
20 Washington Place
Providence, RI 02903
Attn: Michael J. Daly, Esquire

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
Attn: John K. Fulweiler, Esquire

I hereby certify that I electronically filed **Joint Motion to Reschedule Hearing** on May 27, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins