**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ONEBEACON AMERICA INSURANCE COMPANY,**
**Plaintiff,**

**vs.**

**H.R.M., INC. (d/b/a Safe/Sea Marine Rescue & Assistance),**
**Defendant.**

**CIVIL ACTION NO: 07-00370-S-DLM**

**STIPULATION OF DISMISSAL**

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 11th day of June, 2008.

**ATTORNEY FOR PLAINTIFF,**

**_"/S/Robert E. Collins"**
**Robert E. Collins**
**BBO NO. 2951**
**CLINTON & MUZYKA, P.C.**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**ATTORNEY FOR DEFENDANT**

**_"/S/Michael J. Daly"___**
**Michael J. Daly**
**Bar No. 6729**
**VETTER & WHITE**
20 Washington Street
Providence, RI 02903
(401) 421-3060

**ATTORNEY FOR DEFENDANT**

**_"/S/John K. Fulweiler"**
**John K. Fulweiler**
**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, NY 10006
(310) 228-3747